## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## ERIE DIVISION

IN RE:                                                          Case No. 19-10194-TPA
                                                                Chapter 7
PHILLIP C. DEMATTEIS
DBA DEMATTEIS LAWN AND
LANDSCAPING

Debtor(s).

## NOTICE OF APPEARANCE

**Legacy Mortgage Asset Trust 2017-GS2**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Christopher M. McMonagle, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:      /s/ Christopher M. McMonagle, Esquire
         Christopher M. McMonagle, Esquire,
         Bar No: 316043
         Stern & Eisenberg, PC
         1581 Main Street, Suite 200
         The Shops at Valley Square
         Warrington, PA 18976
         Phone: (215) 572-8111
         Fax: (215) 572-5025
         cmcmonagle@sterneisenberg.com
         Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 18th day of March, 2019, to the following:

David J. Graban
5569 East State Street
hermitage, PA 16148
graban@verizon.net
***Attorney for Debtor(s)***


Tamera Ochs Rothschild
318 W. Spring Street
Titusville, PA 16354
tammyrothschild@excite.com
***Chapter 7 Trustee***


U.S. TRUSTEE
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Phillip C. DeMatteis
dba DeMatteis Lawn and Landscaping
554 S. Buhl Farm Dr.
Hermitage, PA 16148
***Debtor(s)***


                By:    */s/Christopher M. McMonagle, Esquire*