Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA
# (ERIE)

| | |
|---|---|
| IN RE:<br>    PHILLIP C. DEMATTEIS<br>    DBA DEMATTEIS LAWN AND LANDSCAPING<br>                      DEBTOR | CHAPTER 7<br><br>CASE NUMBER: 19-10194-TPA |
| LEGACY MORTGAGE ASSET TRUST 2017-GS2, BY ITS SERVICER, SELECT PORTFOLIO SERVICING, INC.<br>                MOVANT<br><br>V.<br><br>PHILLIP C. DEMATTEIS<br>DBA DEMATTEIS LAWN AND LANDSCAPING<br>                DEBTOR<br><br>TAMERA OCHS ROTHSCHILD, TRUSTEE<br>                RESPONDENT | HEARING DATE AND TIME:<br>**MAY 10, 2019 AT 10:30 AM**<br><br>JUDGE: THOMAS P. AGRESTI |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF LEGACY MORTGAGE ASSET TRUST 2017-GS2, BY ITS SERVICER, SELECT PORTFOLIO SERVICING, INC. FOR RELIEF REQUESTED**

TO THE RESPONDENT(S):

    You are hereby notified that the Movant seeks an order affecting your rights or property.

    You are further instructed to file with the Clerk and server upon the undersigned attorney for Movant a response to the Motion by no later than **April 21, 2019** (ie. seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's website at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, and order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's website to verify if a default order was signed or the hearing will go forward as scheduled.

    You should take this Notice and the Motion to a lawyer at once.

   A hearing will be held on **May 10, 2019 at 10:30 AM** before the Honorable Judge Thomas P. Agresti in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be schedule by the Court for a later date.

                  STERN & EISENBERG, PC

                  By: /s/ Christopher M. McMonagle, Esq.
                  Christopher M. McMonagle, Esq.,
                  1581 Main Street, Suite 200
                  The Shops at Valley Square
                  Warrington, PA 18976
                  Phone: (215) 572-8111
                  Fax: (215) 572-5025
                  Bar Number: 316043
Date: April 4, 2019           Email: cmcmonagle@sterneisenberg.com