FILED
4/23/19 3:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA
# (ERIE)

| | |
|---|---|
| IN RE:<br>    PHILLIP C. DEMATTEIS<br>    DBA DEMATTEIS LAWN AND LANDSCAPING<br>                    DEBTOR | CHAPTER 7<br><br>CASE NUMBER: 19-10194-TPA |
| LEGACY MORTGAGE ASSET TRUST 2017-GS2, BY ITS SERVICER, SELECT PORTFOLIO SERVICING, INC.<br>                MOVANT<br><br>V.<br><br>PHILLIP C. DEMATTEIS<br>DBA DEMATTEIS LAWN AND LANDSCAPING<br>                DEBTOR<br><br>TAMERA OCHS ROTHSCHILD, TRUSTEE<br>                RESPONDENT | HEARING DATE AND TIME:<br>**MAY 10, 2019 AT 10:30 AM**<br><br>JUDGE: THOMAS P. AGRESTI<br><br>Related to Document No. 14 |

## ORDER

      AND NOW, this ___23rd___ day of ___April___, 2019, upon the motion of Legacy Mortgage Asset Trust 2017-GS2, by its servicer, Select Portfolio Servicing, Inc. (hereafter "Movant"), and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 554 SOUTH BUHL FARM DRIVE, HERMITAGE, PA 16148.

BY THE COURT:

_____
jlm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Phillip C. DeMatteis  
      Debtor

Case No. 19-10194-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Apr 23, 2019  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.  
db          +Phillip C. DeMatteis,    554 S. Buhl farm Dr.,    Hermitage, PA 16148-2510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2019 at the address(es) listed below:  
           CSU - OUCTS, PA Labor & Industry     ra-li-ucts-bankpitts@state.pa.us  
           Christopher M. McMonagle     on behalf of Creditor     Legacy Mortgage Asset Trust 2017-GS2  
             cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com  
           David J. Graban     on behalf of Debtor Phillip C. DeMatteis graban@verizon.net  
           James Warmbrodt     on behalf of Creditor     Legacy Mortgage Asset Trust 2017-GS2  
             bkgroup@kmllawgroup.com  
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
           Tamera Ochs Rothschild     trothschild@gmx.com,    pa70@ecfcbis.com  
                                                                                                                   TOTAL: 6