**Form 144**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Phillip C. DeMatteis**
**dba DeMatteis Lawn and Landscaping**
  Debtor(s)

Bankruptcy Case No.: 19−10194−TPA

Chapter: 7
Docket No.: 22

## NOTICE − REMINDER

    Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above−captioned case will be closed without an Order of Discharge unless a ***Certification of Completion of Instructional Course Concerning Personal Financial Management*** **(Official Form B423)** is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c).* The deadline is as follows:

    ***CHAPTER 7 CASES*** − − *Fed.R.Bankr.P. 1007(c)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: May 27, 2019
                                                                              Michael R. Rhodes, Clerk
                                                                              United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Phillip C. DeMatteis
    Debtor

Case No. 19-10194-TPA
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: admin      Page 1 of 1      Date Rcvd: May 27, 2019
                     Form ID: 144      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2019.
db          +Phillip C. DeMatteis,    554 S. Buhl farm Dr.,    Hermitage, PA 16148-2510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2019 at the address(es) listed below:
         CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
         Christopher M. McMonagle    on behalf of Creditor    Legacy Mortgage Asset Trust 2017-GS2
          cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
         David J. Graban    on behalf of Debtor Phillip C. DeMatteis graban@verizon.net
         James Warmbrodt    on behalf of Creditor    Legacy Mortgage Asset Trust 2017-GS2
          bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Tamera Ochs Rothschild    trothschild@gmx.com,   pa70@ecfcbis.com
                                                                                       TOTAL: 6