| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Phillip C. DeMatteis** | Social Security number or ITIN | **xxx–xx–2201** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | | |
| Case number: **19–10194–TPA** | | | |

# Order of Discharge          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Phillip C. DeMatteis
dba DeMatteis Lawn and Landscaping

<u>6/12/19</u>                                                    **By the court:**  <u>Thomas P. Agresti</u>
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-10194-TPA
Phillip C. DeMatteis                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: admin              Page 1 of 1              Date Rcvd: Jun 12, 2019
                               Form ID: 318             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2019.
db              +Phillip C. DeMatteis,    554 S. Buhl farm Dr.,    Hermitage, PA 16148-2510
15003225         Diagnostic Imaging Consultants,    P.O. Box 371863,    Pittsburgh, PA 15250-7863
15003226        +John Flynn Funeral Home,    2630 East State Street,    Hermitage, PA 16148-2718
15003227        +Joseph J. Conti DO LTD,    480 N. Kerrwood Dr. #102,    Hermitage, PA 16148-5212
15003228         Mahoning Valley Hematology/Oncology Asso,    PO Box 786536,    Philadelphia, PA 19178-6536
15003229         Markel Specialty Commercial,    PO Box 59838,    Schaumburg, IL 60159-0838
15003230         Radius Global Solutions LLC,    PO Box 15118,    Jacksonville, FL 32239-5118
15003232        +Sharp Collections, Inc.,    114 N. Mercer Ave.,    P.O. Box 81,    Sharpsville, PA 16150-0081
15003233        +Tri County Industries, Inc.,    P.O. Box 867,    Mars, PA 16046-0867
15003235         UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
15003234         United Collection Bureau, Inc,    P.O. Box 1116,    Jerry City, OH 43437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2019 02:39:35      Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA  17128-0946
cr              +EDI: PRA.COM Jun 13 2019 06:23:00     PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
15003222         EDI: CAPITALONE.COM Jun 13 2019 06:23:00      Capital One,    PO Box 71083,
                  Charlotte, NC 28272-1083
15003223         EDI: CAPITALONE.COM Jun 13 2019 06:23:00      Capital One Bank (USA) NA,    P.O. Box 71083,
                  Charlotte, NC 28272-1083
15003224         EDI: RCSFNBMARIN.COM Jun 13 2019 06:23:00      Credit One Bank,    P.O. Box 60500,
                  City Of Industry, CA 91716-0500
15007055        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2019 02:39:35
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                  Harrisburg, PA 17128-0946
15003231         E-mail/Text: jennifer.chacon@spservicing.com Jun 13 2019 02:41:09
                  Select Portfolio Servicing Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
15003583        +EDI: RMSC.COM Jun 13 2019 06:23:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Legacy Mortgage Asset Trust 2017-GS2
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2019 at the address(es) listed below:
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
              Christopher M. McMonagle     on behalf of Creditor    Legacy Mortgage Asset Trust 2017-GS2
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              David J. Graban    on behalf of Debtor Phillip C. DeMatteis graban@verizon.net
              James Warmbrodt     on behalf of Creditor    Legacy Mortgage Asset Trust 2017-GS2
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Tamera Ochs Rothschild    trothschild@gmx.com, pa70@ecfcbis.com
                                                                                             TOTAL: 6